UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALEB AND BROWN PTY. LTD., <br><br> Plaintiff, <br><br> -against- <br><br> JON BARRY THOMPSON et al., <br><br> Defendants. | 20 Civ. 8612 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the November 24, 2020 letter from counsel to Plaintiff (dkt. no. 22) that responds to Ms. Cross-Goldenberg's letter on behalf of Defendant Jon Barry Thompson (dkt. no. 20) and addresses the Court's Order staying the case against Mr. Thompson and adjourning his time to answer the complaint until resolution of the criminal case against him (dkt. no. 21).  Ms. Cross-Goldenberg may file any reply to Plaintiff's letter no later than December 2, 2020.  Plaintiff's counsel and Mr. Thompson, or Ms. Cross-Goldenberg on behalf of Mr. Thompson if she intends to enter a notice of appearance, shall appear by phone for a conference on December 10, 2020 at 11:00 a.m. EST.  The dial-in number for the conference is (888) 363-4734, access code: 4645450.

    Mr. Thompson's time to answer or otherwise respond to the complaint shall be adjourned until after such time.

1

As to counsel's request for confirmation regarding the scope of the stay (dkt. no. 22, at 2 n.2), the Court confirms that the stay issued in the Court's October 23, 2020 Order pertains solely to the case as against Mr. Thompson.

**SO ORDERED.**

Dated:     New York, New York
           November 25, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge