UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALEB AND BROWN PTY. LTD.,

                Plaintiff,

 -against-

JON BARRY THOMPSON et al.,

                Defendants.

20 Civ. 8612 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     The Court is in receipt of Mr. Nolan's letter requesting a stay of the action as to him because he is "not allowed to speak to Mr. Thompson and because [he] was not personally involved with the Plaintiffs nor the transactions alleged in the Complaint," [dkt. no. 34], and Plaintiff's letter in opposition, [dkt. no. 35].  Because Mr. Nolan has not established his entitlement to a stay, the request for a stay [dkt. no. 34] is denied.

     Mr. Nolan's time to respond to the Complaint is extended to Wednesday, December 9.  Mr. Nolan shall participate in the telephone conference in this matter on Thursday, December 10, at 11:00 a.m. EST at the following call-in number: (888) 363-4734, access code: 4645450.

     Mr. Nolan is reminded of his obligation to keep the Court informed of his contact information—address, telephone number, and email address.

1

A copy of this order was emailed to Mr. Nolan by Chambers on December 4.

**SO ORDERED.**

Dated:     New York, New York
           December 4, 2020

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge