UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALEB AND BROWN PTY. LTD., <br><br> Plaintiff, <br><br> -against- <br><br> JON BARRY THOMPSON, LELAND NOLAN, LEE JASON RATNER, FTL HOLDING LLC, and VOLANTIS ESCROW PLATFORM LLC., <br><br> Defendants. | 20 Civ. 8612 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the discovery plan for Plaintiff Caleb and Brown Pty. Ltd. ("Plaintiff") and Defendant Leland Nolan (together with Plaintiff, the "Parties") submitted pursuant to Federal Rule of Civil Procedure 26(f).  The Parties shall adhere to the following discovery deadlines:

    The Parties shall exchange initial disclosure no later than January 7.

    The Parties shall complete documentary discovery no later than March 31 and shall inform the Court by letter no later than March 31 of the order and dates of depositions.

    Fact discovery shall be completed no later than May 31.

    The Parties shall appear for a conference on June 1 at 10:00 a.m. EST.

**SO ORDERED.**

Dated:   New York, New York
         January 4, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge