UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALEB AND BROWN PTY. LTD.,

        Plaintiff,

-against-

JON BARRY THOMPSON, LELAND NOLAN, LEE JASON RATNER, FTL HOLDING LLC, and VOLANTIS ESCROW PLATFORM LLC.,

        Defendants.

20 Civ. 8612 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Nolan's letter, dated April 19, 2021 (dkt. no. 67), and the related correspondence, regarding Mr. Nolan's request for a pre-motion conference in advance of his filing a motion to dismiss.

    Mr. Nolan and Counsel for Plaintiff shall appear by telephone for a conference on May 20, 2021 at 11:00 a.m. at the following number: (877) 402-9753, access code: 6545179.

    **SO ORDERED.**

Dated:    New York, New York
           May 18, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge