UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALEB AND BROWN PTY. LTD.,

                    Plaintiff,

-against-                                  20 Civ. 8612 (LAP)

JON BARRY THOMPSON, LELAND                      ORDER
NOLAN, LEE JASON RATNER, FTL
HOLDING LLC, and VOLANTIS
ESCROW PLATFORM LLC.,

                    Defendants.


LORETTA A. PRESKA, Senior United States District Judge:

      The teleconference scheduled for May 20, 2021 at 11:00 a.m.

(dkt. no. 77) has been rescheduled to May 21, 2021 at 11:30 a.m.

      **SO ORDERED.**

Dated:    New York, New York
          May 20, 2021

_____
          LORETTA A. PRESKA
          Senior United States District Judge

1